IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Global Safety Textiles Holdings LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12234 (KG)<br><br>(Jointly Administered)<br><br>Objection Deadline: September 8, 2009 at 4:00 p.m.<br>Hearing Date: September 14, 2009 at 2:00 p.m. |

## NOTICE OF MOTION

**TO:** The Office of the United States Trustee for the District of Delaware, counsel for the Official Committee of Unsecured Creditors, the agent to the Debtors' revolving and first lien lenders, the agent to the Debtors' second lien lenders or such lenders, counsel to the DIP Agent; all other known parties with liens of record on assets of the Debtors as of the Petition Date, and all parties requesting notices pursuant to Bankruptcy Rule 2002.

Global Safety Textiles Holdings LLC, and its affiliated debtors and debtors in possession have filed the attached **Motion for Final Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing; (II) Modifying the Automatic Stay; and (III) Amending the Prior Cash Collateral Order** (the "Motion").

Responses or objections to the Motion, if any, are to be filed on or before **September 8, 2009 at 4:00 p.m. (Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

If any responses are timely filed in accordance with this Notice, a hearing on the Motion will be held on **September 14, 2009 at 2:00 p.m. (Eastern Time)**.

---

[1] The Debtors are comprised of the following nine entities (with the last four digits of their respective taxpayer identification numbers, if any, in parentheses): Global Safety Textiles Holdings LLC (1938), GST ASCI Holdings Asia Pacific LLC (7107), GST ASCI Holdings Europe, Inc. (7081), GST ASCI Holdings Europe II LLC (7081), GST ASCI Holdings Mexico, Inc. (7083), GST Automotive Safety Components International, Inc. (1750), Global Safety Textiles LLC (3442), Global Safety Textiles Acquisition GmbH and GST Widefabric International GmbH. The address for each of the Debtors is 804 Green Valley Road, Suite 300, Greensboro, North Carolina 27408.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 27, 2009

FOX ROTHSCHILD LLP

*/s/ Eric M. Sutty/*
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444

-and-

Thomas E Lauria
Gerard H. Uzzi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200

Attorneys for the Debtors
and Debtors in Possession